1
2
3
4                                **UNITED STATES DISTRICT COURT**

5                                      **DISTRICT OF NEVADA**

6

7   JENNIFER TRUONG,                              )
                                                  )
8                     Plaintiff,                  )        Case No.  2:14-cv-00732-RFB-PAL
                                                  )
9   vs.                                           )        **ORDER**
                                                  )
10  NAV-LVH CASINO, LLC, dba LVH-LAS              )        **Defendant's Request for Exemption**
    VEGAS HOTEL & CASINO; 3000 PARADISE           )        **for Insurance Carrier to Attend Early**
11  ROAD, L.L.C., dba LVH-LAS VEGAS HOTEL        )        **Neutral Evaluation Session - #23**
    & CASINO,                                     )
12                                                )
                      Defendants.                 )
13  _____)

14          This matter is before the Court on Defendant's Request for Exemption for Insurance Carrier to

15  Attend Early Neutral Evaluation Session (#23) filed August 8, 2014.  Upon review and consideration,

16          **IT IS HEREBY ORDERED** that Defendant's Request for Exemption for Insurance Carrier to

17  Attend Early Neutral Evaluation Session (#23) is **granted**.  The insurance representative will not be

18  required to attend the ENE session on August 14, 2014.

19          DATED this 11th day of August, 2014.

20

21          _____
            GEORGE FOLEY, JR.
22          United States Magistrate Judge

23

24

25

26

27

28