ANTHONY L. MARTIN
Nevada Bar No. 08177
anthony.martin@ogletreedeakins.com
Z. KATHRYN BRANSON
Nevada Bar No. 11540
kathryn.branson@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER L. TRUONG, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NAV-LVH CASINO, LLC, a Nevada limited liability company, dba LVH-LAS VEGAS HOTEL & CASINO; DOES 1-10, inclusive; ROE CORPORATIONS 1-10, inclusive,<br><br>Defendants. | Case No.:  2:14-cv-00732-RFB-PAL<br><br>**STIPULATION AND ORDER OF DISMISSAL OF CASE, WITH PREJUDICE** |

IT IS HEREBY STIPULATED, by and between Defendant NAV-LVH Casino, LLC dba LVH-Las Vegas Hotel & Casino ("Defendant") and Plaintiff Jennifer L. Truong ("Plaintiff"), by and through their respective undersigned counsel, that all claims Plaintiff had or may have had against Defendant, that are contained in, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed with prejudice in their entirety.

. . .

. . .

. . .

IT IS FURTHER STIPULATED that each party is to bear their own fees and costs.

DATED this 16th day of March, 2015.                    DATED this 16th day of March, 2015.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Kirk T. Kennedy

Kirk T. Kennedy, Esq.
Nevada Bar No. 5032
815 S. Casino Center Blvd.
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

Anthony L. Martin
Nevada Bar No. 08177
Z. Kathryn Branson, Esq.
Nevada Bar No. 11540
Wells Fargo Tower, Suite 1500
3800 Howard Hughes Parkway
Las Vegas, Nevada 89169
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**

**DATED** this 18th day of March, 2015.

20463668.1